IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JAMES BRIAN CLARK                                                                    PLAINTIFF

V.                                          CASE NO. 3:21-CV-03001

JIM ROSS, SHERIFF OF
CARROLL COUNTY, ARKANSAS                                                    DEFENDANT

## ORDER

Currently before the Court is the Report and Recommendation ("R&R") (Doc. 5) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, submitted in this case on January 26, 2021, regarding James Brian Clark's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. 1) and Motion to Proceed In Forma Pauperis (Doc. 4). Magistrate Judge Ford recommends that the Petition be dismissed without prejudice pursuant to the *Younger* abstention doctrine and that the Motion to Proceed In Forma Pauperis be denied as moot. Mr. Clark filed an objection to the R&R (Doc. 6) on February 5, 2021, and a supplement to his objection (Doc. 7) today. The Court has performed a *de novo* review of the entire record in view of the objections filed. *See* 28 U.S.C. § 636(b)(1).

The Magistrate Judge explained in the R&R that Mr. Clark's Petition under § 2254 must be dismissed because all issues raised therein can and should be addressed in Mr. Clark's pending state court proceedings. The doctrine of abstention applicable here is found in the Supreme Court case of *Younger v. Harris,* 401 U.S. 37, 43–54 (1971). *Younger* instructs that federal courts must abstain from ruling on cases that would interfere with ongoing state criminal proceedings, except in very unusual circumstances—none of which are present in the case at bar. Mr. Clark's Petition complains that his state

1

criminal charges should be dismissed, that his state public defender has not adequately represented him, and that his right to a speedy trial has been violated in state court due, at least in part, to the granting of multiple continuances. The Court finds that Mr. Clark's objections fail to engage with the legal arguments stated in the R&R. Instead, he simply reiterates the complaints made in his Petition. As the objections offer neither law nor fact that would counsel in favor of rejecting the recommendations in the R&R, the objections are **OVERRULED**.

**IT IS THEREFORE ORDERED** that the R&R (Doc. 5) is **ADOPTED** in its entirety. Mr. Clark's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**, and his Motion to Proceed In Forma Pauperis (Doc. 4) is **DENIED AS MOOT**.

**IT IS SO ORDERED** on this 11th day of February, 2021.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE